| | |
|---|---|
| Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) | Case Number **09–50310** |

# UNITED STATES BANKRUPTCY COURT
### District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/6/09.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Denelle Louise Dunn<br>fka  Denelle War Bonnett<br>4315 Patriot Lane<br>Rapid City, SD 57701 | Bryan Jamal Dunn<br>4315 Patriot Lane<br>Rapid City, SD 57701 |
|---|---|
| **Case Number:**<br>09–50310 | **Social Security/Taxpayer ID Numbers:**<br>xxx–xx–1521<br>xxx–xx–3604 |
| **Attorney for Debtor(s):**<br>Stanton A. Anker<br>Anker Law Group, P.C.<br>1301 West Omaha Street, Suite 207<br>Rapid City, SD 57701<br>Telephone number:  605–718–7050 | **Bankruptcy Trustee:**<br>John S. Lovald<br>Trustee<br>PO Box 627<br>Pierre, SD 57501<br>Telephone number:  605–224–9137 |

### Meeting of Creditors:

Date: **September 18, 2009**   Time: **02:30 PM**   Location: **515 9th Street, Rm B16, Federal Building and US Courthouse, Rapid City, SD 57702**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 11/17/09**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>225 S. Pierre St., Room 203<br>Pierre, SD 57501–2463<br>Telephone number: 605–945–4460<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:     Monday – Friday 8:00 AM – 5:00 PM | Date:  8/7/09 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-5          User: msemm                  Page 1 of 2                  Date Rcvd: Aug 07, 2009
Case: 09-50310                Form ID: b9a                 Total Noticed: 42


The following entities were noticed by first class mail on Aug 09, 2009.
db/db         +Denelle Louise Dunn,   Bryan Jamal Dunn,   4315 Patriot Lane,   Rapid City, SD 57701-9547
aty           +Stanton A. Anker,   Anker Law Group, P.C.,   1301 West Omaha Street, Suite 207,
                Rapid City, SD 57701-2421
tr            +John S. Lovald,   Trustee,   PO Box 627,   Pierre, SD 57501-0627
ust            Bruce J. Gering,   314 South Main Avenue, Suite 303,   Sioux Falls, SD  57104-6462
946885        +Accounts Management, Inc,   PO Box 1843,   Sioux Falls, SD 57101-1843
946886        +Alltel Communications, Inc,   One Sugar Creek Center Blvd,   Sugar Land, TX 77478-3560
946887         Alltel Corporation,   One Allied Drive,   Little Rock, AR 72202-2099
946888         Apex Financial Management, LLC,   PO Box 2189,   Northbrook, IL 60065-2189
946889        +Arrow Financial Services, LLC,   Attn: Customer Service,   PO Box 489050,   Miles, IL 60714-9050
946891        +Autoworks,   819 East North Street,   Rapid City, SD 57701-1647
946892        +Black Hills Federal Credit Union,   PO Box 1420,   Rapid City, SD 57709-1420
946894        +CitiBank South Dakota, NA,   Attn: Kendall Stork, President,   701 E. 60th Street North,
                Sioux Falls, SD 57104-0493
946896        +CitiFinancial, Inc,   c/o CT Corporation System,   319 South Coteau,   Pierre, SD 57501-3187
946895        +CitiFinancial, Inc,   1301 West Omaha, Ste 103,   Rapid City, SD 57701-2429
946893        +Citibank South Dakota, NA,   PO Box 6500,   Sioux Falls, SD 57117-6500
946898        +Client Services, Inc,   3451 Harry Truman Blvd,   St. Charles, MO 63301-9816
946899         Client Services, Inc/CitiCards,   PO Box 1503,   Saint Peters, MO 63376-0027
946900        +Davenport, Evans, Hurwitz & Smith,   Attorney Robert E. Hayes,   c/o South Dakota Housing Auth,
                PO Box 1237,   Pierre, SD 57501-1237
946901        +Express Collections,   1141 Deadwood Avenue,   Rapid City, SD 57702-0391
946902        +First Bank & Trust, Loan OP,   Attn: Pam Collins,   PO Box 5057,   Brookings, SD 57006-5057
946897        +Flandreau Municipal Hospital,   214 North Prairie Street,   Flandreau, SD 57028-1243
946905        +Gentry Finance,   2130 Jackson Blvd,   Rapid City, SD 57702-3800
946906        +Great Western Bank,   14 St. Joseph Street,   Rapid City, SD 57701-2823
946907        +HSBC Bank/Card Services, Inc,   One HSBC Center,   Buffalo, NY 14203-2885
946908        +J. A. Cambece Law Office, PC,   Eight Bourbon Street,   Peabody, MA 01960-7473
946909        +Knology, Inc,   fdba Black Hills Fibercom,   809 Deadwood Avenue,   Rapid City, SD 57702-0449
946910         Leading Edge Recovery Solutions,   PO Box 129,   Linden, MI 48451-0129
946911        +Leading Edge Recovery Solutions,   5440 N. Cumberland Ave, Ste 300,   Chicago, IL 60656-1486
946913        +North Shore Agency, Inc,   PO Box 8922,   Westbury, NY 11590-8922
946914        +North Shore Agency, Inc,   270 Spagnoli Road,   Melville, NY 11747-3516
946915        +Pennington County Commissioners,   c/o Penn Co State Attorney Office,   Attn: Jay Alderman, Esq.,
                300 Kansas City Street,   Rapid City, SD 57701-2887
946916        +Pinnacle Credit Services, LLC,   7900 Hwy 7,   Saint Louis Park, MN 55426-4049
946917        +Sierra Acceptance Corp,   1547 Palos Verdes, #264,   Walnut Creek, CA 94597-2228
946918        +South Dakota Housing Development,   P. O. Box 1237,   Pierre, SD 57501-1237
946919        +The Bureaus, Inc,   1717 Central Street,   Evanston, IL 60201-1590
946921        +Wells Fargo Bank, NA,   4143 121st Street,   Urbandale, IA 50323-2310
946922         Western SD Juvenile Services Center,   3505 Cambell Street,   Rapid City, SD 57701

The following entities were noticed by electronic transmission on Aug 07, 2009.
946890         EDI: ACCE.COM Aug 07 2009 17:33:00      Asset Acceptance, LLC,   c/o Asset Acceptance Capital Corp,
                PO Box 2036,   Warren, MI 48090-2036
946903        +EDI: RMSC.COM Aug 07 2009 17:33:00      GE Capital,   PO Box 981284,   El Paso, TX 79998-1284
946904        +EDI: RMSC.COM Aug 07 2009 17:33:00      GE Money Bank,   Attn: Bankruptcy Dept,   PO Box 103104,
                Roswell, GA 30076-9104
946912         EDI: RESURGENT.COM Aug 07 2009 17:33:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
946916        +EDI: PHINPINN.COM Aug 07 2009 17:33:00      Pinnacle Credit Services, LLC,   7900 Hwy 7,
                Saint Louis Park, MN 55426-4049
946920         EDI: AFNIVZWIRE.COM Aug 07 2009 17:33:00      Verizon Wireless,   PO Box 660108,
                Dallas, TX 75266-0108
946921        +EDI: WFFC.COM Aug 07 2009 17:33:00      Wells Fargo Bank, NA,   4143 121st Street,
                Urbandale, IA 50323-2310
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0869-5          User: msemm            Page 2 of 2              Date Rcvd: Aug 07, 2009
Case: 09-50310                Form ID: b9a           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2009**                    Signature:    _Joseph Speetjens_